# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-10-00409-CV

**In re Manuel Caudillo Ramirez**

## ORIGINAL PROCEEDING FROM HAYS COUNTY

## M E M O R A N D U M   O P I N I O N

Manuel Caudillo Ramirez asks this court to issue a writ of mandamus ordering Hollis Burklund to turn over an audiotape. This Court has the power to issue writs of mandamus only against a "(1) judge of a district or county court in the court of appeals district; or (2) judge of a district court who is acting as a magistrate at a court of inquiry under Chapter 52, Code of Criminal Procedure, in the court of appeals district." Tex. Gov't Code Ann. § 22.221 (West 2004). There is no indication in Ramirez's petition or Burklund's response that Burklund fits in any of these categories. Consequently, we must deny Ramirez's petition for writ of mandamus.

G. Alan Waldrop, Justice

Before Chief Justice Jones, Justices Pemberton and Waldrop

Filed: August 13, 2010